

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-22-00031-CR |
| IN RE | § | Appeal from the |
| JOE FEIJOO, | § | 205th District Court |
| Relator. | § | of El Paso County, Texas |
| | § | (TC# 70264-205) |

**J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Francisco X. Dominguez of the 205th District Court of El Paso, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 4TH DAY OF FEBRUARY, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.